UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES TULLIE and MILDRED TULLIE, : | CA NO.: 3:14-CV-01097-(MPS) |
| Plaintiff, : | |
| v. : | |
| AIR & LIQUID SYSTEMS CORP., et al : | |
| Defendants : | AUGUST 4, 2015 |

**DEFENDANT CRANE CO.'S MOTION FOR EXTENSION OF TIME RE: EXPERT REPORTS**

Pursuant to L. Civ. R. 7(b)(1), the defendant, **Crane Co.**, hereby moves for an extension of time of sixty days (60) days, up to and including October 2, 2015, within which serve Crane Co.'s Expert Reports. Crane Co. requires additional time to meet with its experts and for its experts to prepare reports as there is remaining fact discovery being completed. Additionally, Crane Co. requests that plaintiff be provided until November 2, 2015 in which to dispose its experts. As a result, good cause exists for the extension requested herein. This is the first such extension of time requested by Crane Co. All counsel of record consent to such an extension. No other deadlines will be impacted by the requested extension.

Dated at Hartford, Connecticut this 4th day of August, 2015..

Respectfully submitted,

THE DEFENDANT,
CRANE CO.


By: /s/ *Jason K. Henderson*
Jason K. Henderson (ct27042)
DANAHERLAGNESE, PC
21 Oak Street, Suite 700
Hartford, CT  06106
Phone: (860) 247-3666
Fax:  (860) 547-1321
Email: jhenderson@danaherlagnese.com


## CERTIFICATE OF SERVICE

I, Jason K. Henderson, herby certify that a copy of the foregoing Motion for Extension of Time was served electronically on all counsel of record through the United States District Court for the District of Connecticut Electronic Filing System on August 4, 2015.


/s/ *Jason K. Henderson*
Jason K. Henderson

/1091586.1